UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| In Re DMCA Subpoena to Google LLC | X<br>:<br>:<br>: Case No. 7:20-mc-00119<br>:<br>: RULE 7.1 DISCLOSURE<br>: STATEMENT<br>:<br>:<br>X |

## PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff Watch Tower Bible and Tract Society of Pennsylvania, a private non-governmental party, certifies that:

Watch Tower Bible and Tract Society of Pennsylvania has no parent corporation, and there is no publicly held corporation that owns 10% or more shares of its stock. Further, it has no subsidiaries or affiliates that have issued shares to the public.

In Patterson, New York, this 27th day of February 2020.

Respectfully submitted,

/s/ Paul D. Polidoro
Paul D. Polidoro
Associate General Counsel
SDNY Bar No. PP2509
WATCH TOWER BIBLE AND TRACT
SOCIETY OF PENNSYLVANIA
Legal Department
200 Watchtower Drive
Patterson, NY 12563-9204
Telephone: 845-306-0711
Facsimile: 845-306-0709
Email: inboxLGLipg@jw.org
*Attorney for Plaintiff*

1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

I hereby certify that on February 27, 2020, I electronically filed the foregoing Plaintiff's Rule 7.1 Disclosure Statement with the Clerk of the Court using the CM/ECF system.

Patterson, New York, February 27, 2020.

/s/ Paul D. Polidoro
Paul D. Polidoro
Associate General Counsel
SDNY Bar No. PP2509
WATCH TOWER BIBLE AND TRACT
SOCIETY OF PENNSYLVANIA
Legal Department
200 Watchtower Drive
Patterson, NY 12563-9204
Telephone: 845-306-0711
Facsimile: 845-306-0709
Email: inboxLGLipg@jw.org

*Attorney for Plaintiff Watch Tower Bible and Tract Society of Pennsylvania*