*JANE / JOHN DOE*

Email: JWHater@protonmail.com

*Pro se*

# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF NEW YORK

| IN RE: DMCA SUBPOENA TO GOOGLE, LLC | Case No.:  7:20-mc-00119 |
|---|---|
| | **JANE / JOHN DOE'S REPLY IN SUPPORT OF THE OBJECTION AND MOTION TO QUASH DMCA SUBPOENA** |

## A. INTRODUCTION

While it is true that Jehovah's Witnesses are well known for their distribution of Bible based books and publications, they are also a notorious group of criminal pedophiles running a scam "religion" who are guilty of abuse of process and emotional extortion through sham litigation in their pathetic efforts at discovering leaks and moles and whistleblowers.  Unfortunately for them, this is the year 2020 and things like VPNs, anonymous proxies, and TOR exit nodes frustrate them at every turn.

Whether one is known as *Darkspilver* or *John Redwood* or *JW Apostate,* or any number of other pseudonyms, it does not really matter as we are all Spartacus in this fight!  Reporting on and exposing to public comment and ridicule the doctrinal inconsistencies and reversals, failed predictions, mistranslation of the Bible, harsh

treatment of former members and autocratic and coercive leadership (**not to mention the child raping!**) is a public duty that *Jane / John Doe* takes extremely seriously at great personal risk.[1]

Because movant is proceeding *pro se*, this Court is required to construe her/his submissions to raise the strongest arguments they suggest. *Davis v. United States*, 643 F. App'x 19, 22 (2d Cir. 2016) (citing *Haines v. Kerner*, 404 U.S. 519, 520 (1972)) and note that *pro se* pleadings are held "to less stringent standards than formal pleadings drafted by lawyers." *Haines*, 404 U.S. at 520.

## B.  REPLY ARGUMENT

For reasons outlined below, the Watch Tower pedophile organization does not have a valid copyright claim for any of the videos allegedly made available via this YouTube account.  Nor are they entitled to a subpoena because they never completed the copyright registration process prior to their attempt at enforcement of their alleged intellectual property rights.  And they also did not meet the necessary burden outlined by the Second Circuit in *Arista Records* so as to even be entitled to a DMCA

---

[1]        Former Governing Body member Raymond Franz has accused the movement's Governing Body of resenting, deprecating and seeking to silence alternative viewpoints within the organization and demanding organizational conformity that overrides personal conscience.  He claimed the Watch Tower Society confirmed its position when, in a 1954 court case in Scotland, Watch Tower Society legal counsel Hayden C. Covington said of Jehovah's Witnesses: "We must have unity ... unity at all costs".  He also stated that Witnesses are subject to a disciplinary system that encourages informants.

JANE / JOHN DOE'S REPLY IN SUPPORT OF OBJECTION AND MOTION TO QUASH DMCA SUBPOENA- 2

subpoena!  Lastly, Google / YouTube is not subject to the subpoena power of New York courts.

## 1. REPORTER SHIELD LAWS APPLY

*Jane / John Doe* cited the California Reporter Shield Laws because that is the jurisdiction where Google / YouTube is located.  New York Shield Laws were cited because that is where this case is filed.  The whole purpose of the *JW Apostate* YouTube channel (and others like it) is to critique the Jehovah's Witnesses pedophile gang and to provide materials for others to critique.  Material such as:

| |
|---|
| How Can You Support LDC? |
| Choose Your Apps Wisely |
| Whose Leadership Can You Trust? |
| Congregation Accounting Training: Issuing Donation Acknowledgement Letters |
| Congregation Accounting Training: Transferring Funds to and From the Branch Office |
| Congregation Accounting Training: Monthly Congregation Accounts Report (S-30) |
| Congregation Accounting Training: Tutorials for Congregation Accounting-Introduction |
| Congregation Accounting Training: Roles and Responsibilities |
| Congregation Accounting Training: Setting Up and Maintaining a Bank Account |

are not "complete videos", as alleged by Paul Polidoro in his "affirmation" (Doc# 10), but are really either secret recordings of Watch Tower meetings personally made by people on the inside trying to whistle blow or are EDITED videos containing only the

material needed so as to inform the public about these anti-government, child

molesting religious fanatics.[2]

As the Court knows, the First Amendment has particularly strong shields

protecting criticism of religion.  See, e.g., *Hustler Magazine, Inc. v. Falwell*, 485 U.S.

46 (1988).  Social media accounts like *JW Apostate* and others allegedly run by *Jane /*

*John Doe* are criticizing the secretive nature of the Watch Tower criminals and are

exposing and highlighting their vindictive practices that abuse members and former

members (**not to mention exposing all the baby rapists**).[3]  The material posted online

has the thinnest of copyright – non-creative, non-commercial recordings of meetings

attended by the public, and because of the DMCA take-down process, the Watch

---

[2]      While I understand that Polidoro is a close friend of Judge Seibel, he really is a
notorious child rapist and a well-known vexatious litigant who goes around filing bogus DMCA
subpoena requests with his pet judge as a means of judicial *doxing* and bullying as he never follows
through with ANY copyright enforcement at all!  So you really should be more skeptical of his butt-
hurt IP claims and not be in such a hurry to rubber stamp whatever he puts in front of you, please.

[3]      The Governing Body says they are the only mouthpiece of God on earth and are
divinely given the ruler ship of all mankind as the parable directed "faithful and discreet slave".  It is
an ultimate poser position of being treated as a God on earth while you claim to be a humble leader of
the only true religion.  This fantasy of divine support and power seems to crumble when forced to
face actual authorities to answer for polices that allow the rape of innocent children.  Recently Gerrit
Lösch, a senior member of the Witnesses' Governing Body, was summoned for a deposition in San
Diego to answer questions about his role in child molestation.  Instead of obeying the "laws of
Caesar", he ran like a bitch and refused to cooperate or attend this opportunity to exonerate the
actions of the Governing Body by offering clarifying testimony to show their innocence.  Losch even
denied he was part of the religion as he arrogantly refused to attend and cost the Worldwide Work
donation fund thirteen and a half million dollars after being found in contempt for defying a simple
San Diego, CA, court order.  **Does that seem like a 'faithful and discreet slave' to you?**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Tower already has their cure for the situation (at least until I go back to posting even more of their shit elsewhere).

Many of the millions of viewers of this YouTube channel (and others) claimed they used these videos for their own commentary and criticism, like doing a theological audit and that even posting something Watch Tower made is an act of rebellion because of the high degree of secrecy the religion has.  The JW pedophile gang are butt-hurt on account of getting exposed for their hypocrisy and they are using copyright law to try to bully and shut down dissenters.  Instead they run to their pet judge who willingly rubber stamps any document under her nose in an effort to help out her pedo friends.

It really sucks for Philip Brumley (**who is also – big surprise! – a pedophile**) that he, after all these years, still has been unable to uncover the source for much of the online material that vexes him so greatly.  *Jane / John Doe*'s daughter and son-in-law have been members of this religious cult for many years.  The daughter for 15 yrs, and the son-in-law all his life.  And while all members of the Jehovah's Witnesses are equal, some (such as this son-in-law) are more equal than others, which then allegedly allows *Jane / John Doe* access to secret files locked in many congregation and branch offices.  It has been claimed that *Jane / John Doe*, under various pseudonyms, has been busy *doxing* senior and not-so senior members of the Jehovah's Witnesses along with the internal child abuse / pedophile lists and documents, along with other material that

might be lulz worthy.  For examples of whistleblowing and doxing *by others* see:

https://www.reddit.com/r/exjw/comments/ajc3u8/cease_desist_keep_it_confidential/

Many have accused *Jane / John Doe* of working closely with the Russian government by providing them with the names and other identifying information of known JW's so that if they should try to travel to Russia, the government there will be able to easily identify them and lock them up for some good old fashioned "re-education."

Supposedly, Stephen Lett is just one of the JW pedophile's whose dox has been provided to the Russian government.  The rest are:

- Kenneth E. Cook, Jr.
- Samuel Frederick Herd
- Geoffrey William Jackson
- Gerrit Lösch
- Anthony Morris III
- D. Mark Sanderson
- David H. Splane

In fact, several people within the Watch Tower organization have privately accused *Jane / John Doe* of doxing hundreds of JW members.  Which might be true.[4]

---

[4]     Irwin Zalkin loves my work and so does *JWsurvey.org* and *AvoidJW.org* and *Faithleaks.org*, which publishes many of the reports and documents.  There are 23,720 child abusers on the Watch Tower's internal pedo list, all to be found on the *Doxbin* website that is accessible via TOR.

JANE / JOHN DOE'S REPLY IN SUPPORT OF OBJECTION AND MOTION TO QUASH DMCA SUBPOENA- 6

The Governing Body is said to provide "spiritual food" for Jehovah's Witnesses worldwide.  But, instead, they are a gang of criminals, fraudsters, and child rapists.[5]

The DMCA subpoena should be quashed because the videos posted are not the intellectual property of the Watch Tower religious pedophile cult, but are secret "home-made" videos or are EDITED videos containing just enough material so as to allow for public debate and criticism.  *Jane / John Doe* is a news media reporter engaged in whistle blowing and protected First Amendment activities.

## 2. THE WATCH TOWER HAS NO VALID ENFORCEMENT CLAIMS

You have to have the registration complete first before suing.

While the Copyright Act of 1976 grants automatic copyright privileges to an author when it is published to the public, the Act also requires "registration" of that copyright with the Copyright Office before bringing an infringement suit if the author is American.  *Fourth Estate Public Benefit Corp. v. Wall-Street.com*, 586 U.S. ___, 139 S. Ct. 881; 203 L. Ed. 2d 147 (2019).  In the case at hand, even if the "affirmation"

---

[5]      **FUN FACT**:  In the spring of 2015, Lett unexpectedly starred in a 10-minute video that was posted on the Witnesses' website, an appearance that coincided with a spate of stories about abuse allegations and cover-ups published by *Reveal*, from the *Center for Investigative Reporting*. Dressed in a dark suit, he grew animated as he urged followers to stay united by "rejecting false stories."  "**As an example, think about the apostate-driven lies and dishonesties that Jehovah's organization is permissive toward pedophiles**," Lett said. "I mean, that is ridiculous, isn't it? If anyone takes action against someone who would threaten our young ones, and takes action to protect our young ones, it is Jehovah's organization."  Yeah, right…

signed by the pedophile Paul Polidoro is to be believed (and it shouldn't!), the JW's have not even completed the registration process for at least two of these videos.  See Doc #10 at pg 2.  (Jane / John Doe was not able to find the registration records for at least four other videos via the 'search' function at https://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?DB=local&PAGE=First)

The Supreme Court made clear that the mere filing of an application for copyright registration with the Copyright Office is not enough.  For the registration to be effective, the Copyright Office must actually process the application and formally register the copyright.  Thus, it stands to reason, there is no valid reason to allow a DMCA subpoena at this point because for many of the allegedly infringing videos, the Watch Tower has only just *applied* for copyright registration, but not completed it.

While this decision applies only to filing copyright litigation, and does not apply to other forms of enforcement (such as sending demand letters or issuing DMCA Section 512 takedown notices), the issuance of a DMCA subpoena and the obtaining of information is clearly a part of the 'enforcement' process because it invokes the power of the State to compel obedience, while sending a demand or takedown notice is an action taken by a private citizen with no state / judicial involvement.

The practical implication of *Fourth Estate* is that copyright owners cannot race to the courthouse from the moment that they file a registration application with the Copyright Office.  Rather, they must wait for the application to actually get approved.

In the case at hand, any alleged infringement took place well before any of these works were registered and, thus, there can be no enforcement action at this point.  Therefore, the DMCA subpoena should be quashed as being premature.

## 3. THE WATCH TOWER IS MERELY ENGAGING IN THEOCRATIC WARFACE, NOT SEEKING TO VINDICATE ANY 'RIGHTS'

Jehovah's Witnesses have a teaching called *Theocratic Warfare Doctrine* that allows them to misrepresent or outright lie if they feel the religion is being threatened. When they are confronted with the Theocratic Warfare Doctrine as part of their beliefs, they will routinely deny that it exists, as that, too, is part of not being truthful by pretending it does not exist.  The nail in their coffin that many misses is their literature. All of their doctrines are clearly written out and explained in detail, which exposes not only the truth of matters, but also the fact Theocratic Warfare is practiced down to this day.  Read the following material below taken directly from their publications and learn the actual 'truth' of what Jehovah's Witnesses practice

"The faithful witness does not commit perjury when testifying.  His testimony is not tainted with lies.  However, this does not mean that he is under obligation to give full information to those who may want to bring harm to Jehovah's people in some way.  The patriarchs Abraham and Isaac withheld facts from some who did not worship Jehovah. (Genesis 12:10-19; 20:1-18; 26:1-10) Rahab of Jericho misdirected

the king's men. (Joshua 2:1-7) Jesus Christ himself refrained from divulging total information when doing so would have caused needless harm. (John 7:1-10) He said: "Do not give what is holy to dogs, neither throw your pearls before swine." Why not? So that "they may never . . . turn around and rip you open."—Matthew 7:6."

***Watchtower* 2004 Nov 15, p.28**

"Sarai could say that she was Abram's sister because she really was his half-sister. (Genesis 20:12)  Furthermore, he was not under obligation to divulge information to people who were not entitled to it. (Matthew 7:6) Faithful servants of God in modern times heed the Bible's command to be honest. (Hebrews 13:18) They would never, for instance, lie under oath in a court of law.  When the physical or spiritual lives of their brothers are at stake, such as in times of persecution or civil distress, however, they heed Jesus' counsel to be "cautious as serpents and yet innocent as doves."  ***Watchtower* 2001 Aug 15, p.20**

"Of course, being truthful does not mean that we are obligated to divulge all information to anyone who asks it of us. Do not give what is holy to dogs, neither throw your pearls before swine, that they may never ... turn around and rip you open, warned Jesus, at Matthew 7:6. For example, individuals with wicked intent may have no right to know certain things. Christians understand that they are living in a hostile world. Thus, Jesus advised his disciples to be cautious as serpents while remaining innocent as doves. (Matthew 10:16; John 15:19) Jesus did not always disclose the full

truth, especially when revealing all the facts could have brought unnecessary harm to himself or his disciples. Still, even at such times, he did not lie. Instead, he chose either to say nothing or to divert the conversation in another direction." ***Awake!* 2000 Feb 8, p.21**

"Jehovah had the land "vomit" those depraved humans out of their territory, using theocratic warfare to have it done. (Leviticus 18:1-30; Deuteronomy 7:1-6, 24) This justifies the spiritual warfare of the Christian today." ***Watchtower* 1986 Sep 1, p.18**

"From time to time letters are received asking whether a certain circumstance would justify making an exception to the Christian's obligation to tell the truth. In reply to these the following is given: God's Word commands: "Speak truth each of you with his neighbor." ...

There is one exception, however, that the Christian must ever bear in mind. As a soldier of Christ he is in theocratic warfare and he must exercise added caution when dealing with God's foes. Thus the Scriptures show that for the purpose of protecting the interests of God's cause, it is proper to hide the truth from God's enemies. A Scriptural example of this is that of Rahab the harlot. She hid the Israelite spies because of her faith in their God Jehovah. This she did both by her actions and by her lips. That she had Jehovah's approval in doing so is seen from James' commendation of her faith." ***Watchtower* 1960 Jun 1, pp.351, 352 *Questions From Readers***

JANE / JOHN DOE'S REPLY IN SUPPORT OF OBJECTION AND MOTION TO QUASH DMCA SUBPOENA- 11

"We must tell the truth to one who is entitled to know, but if one is not so entitled we may be evasive. ... As a soldier of Christ he is in theocratic warfare and he must exercise added caution when dealing with God's foes. Thus the Scriptures show that for the purpose of protecting the interests of God's cause, it is proper to hide the truth from God's enemies." *Watchtower* **1960 Jun 1, pp.351-352**

"Today God's servants are engaged in a warfare, a spiritual, theocratic warfare, a warfare ordered by God against wicked spirit forces and against false teachings. God's servants are sent forth as sheep among wolves and therefore need to exercise the extreme caution of serpents so as to protect properly the interests of God's kingdom committed to them. At all times they must be very careful not to divulge any information to the enemy that he could use to hamper the preaching work." *Watchtower* **1957 May 1, p.286**

"While malicious lying is definitely condemned in the Bible, this does not mean that a person is under obligation to divulge truthful information to people who are not entitled to it.  Jesus Christ counseled: "Do not give what is holy to dogs, neither throw your pearls before swine, that they may never trample them under their feet and turn around and rip you open." (Mt 7:6)  That is why Jesus on certain occasions refrained from giving full information or direct answers to certain questions when doing so could have brought unnecessary harm. (Mt 15:1-6; 21:23-27; John 7:3-10)"

"Evidently the course of Abraham, Isaac, Rahab, and Elisha in misdirecting or in withholding full facts from nonworshipers of Jehovah must be viewed in the same light.—**Ge 12:10-19; chap 20; 26:1-10; Jos 2:1-6; Jas 2:25; 2Ki 6:11-23** *Insight Book.*

Thus, even under oath, you simply cannot trust a god damn thing these people say!

## 4.  THE WATCH TOWER HAS NOT MET ALL THE *ARISTA RECORDS* FACTORS JUSTIFYING A DMCA SUBPOENA

As stated by the Watch Tower organization in their memorandum, "The First Amendment does not…provide a license for copyright infringement." *Arista Records, LLC v. Doe*, 604 F. 3d 110, 118 (2d. Cir. 2010).  In *Arista*, the Second Circuit identified the "principal factors" for courts to consider in such cases as including: "(1) the concreteness of the plaintiff's showing of a prima facie claim of actionable harm, (2) the specificity of the discovery request, (3) the absence of alternative means to obtain the subpoenaed information, (4) the need for the subpoenaed information to advance the claim, and (5) the objecting party's expectation of privacy."  *Arista*, 604F.3d at 119 (quoting *Sony Music Entm't Inc. v. Does 1-40*, 326 F. Supp. 2d 556, 564-65(S.D.N.Y. 2004)).

In the case at hand, the JWs ignore the fact that there is an alternative means to obtain the subpoenaed information – they simply could have sent an email to the YouTube account holder and asked!!

*Jane / John Doe* would be willing to give them my real name and address <u>as long as they promise to follow through and actually file a copyright lawsuit against me</u> – **and are willing to post a $5,000,000 bond** payable to me should they fail to follow through within 30 days (and no nonsuits, either, we go to trial and a verdict or no deal!).  But we both know that they won't – this is a group of pedophiles, after all!  Child abusers abuse children because kids cannot fight back.  I will fight back, and I will beat the ever-living hell out of them.

But not once has the Watch Tower ever filed a copyright lawsuit.  In the 59 other DMCA subpoena cases I mentioned earlier, all they do is run to their pet judge and get her to rubber stamp subpoenas, which they then use to try to ferret out dissenters and apostates.  Watch Tower's chief strategy includes scouring the internet for "infringing" materials, which include, but are not limited to photos, documents, and videos which Watch Tower has produced using an all-volunteer workforce.

Once located, Watch Tower's attorneys determine whether the individual behind the offending account is an "apostate."  If they believe the person might be connected to insider leaks, or if they have posted already-leaked information, Watch Tower attorneys initiate DMCA takedown measures.

Watch Tower does not stop at DMCA content removal, however.  Their legal team next files a DMCA subpoena to identify the alleged infringer(s) in an attempt to obtain all personally identifying information related to the individual who posted on one or more social media or web sites (i.e. to *dox* them)

Due to *Jane / John Doe's* insider access via their JW daughter and son-in-law, this game of DMCA Whac-A-Mole has been going on for years and the Watch Tower has yet to successfully plug this particular leak (thanks to TOR and an unlimited supply of unsecured Wi-Fi access points all over the country).

For the Court's edification, the cases against apostate infringers has risen swiftly since 2017, when numerous leaked videos and documents surfaced, leaving Watch Tower scratching their heads, wondering how sensitive information was escaping their global network of trusted Witness Elders, Ministerial Servants, Circuit Overseers and Branch Committee members.  That date, not so coincidently, also coincides with the time period *Jane / John Doe's* daughter and son-in-law returned to the U.S. after living overseas several years in service to the Watch Tower after receiving indoctrination from the *Watchtower Bible School of Gilead*; thus, the leaks began!

Governing Body member Stephen Lett recently said a few weeks ago: "We should strive very hard not to ever try to get to know confidential things we're not entitled to know.  And we certainly should not reveal confidential things."
Unfortunately for Lett, *Jane / John Doe's* son-in-law is a very senior elder / overseer in

JANE / JOHN DOE'S REPLY IN SUPPORT OF OBJECTION AND MOTION TO QUASH DMCA SUBPOENA- 15

the JW organization who is kind enough to provide me with access to their very secret documents and congregation records.  Opening locked file cabinets with a set of allegedly stolen keys, and removing or making copies of sealed documents is just part of the effort at exposing this group of rabid baby rapists to the world at large.

YouTube has been hit the hardest by Watch Tower's repetitive subpoena warfare, particularly since 2017, when multiple sensitive videos were leaked to the public from numerous sources.  Among those videos were the infamous "Pillowgate" info-videos, where two high-ranking Jehovah's Witness Branch Committee members explained the intricacies of pillow-humping and various masturbation techniques found to be practiced by both male and female members of Watch Tower headquarters. (seriously!)

The orchestrated attacks on the "infringers" have become a driving passion for Watch Tower's legal department, located primarily in its Patterson, New York complex.  Already laden down with an abundance of child abuse cases and other legal concerns, Watch Tower has allocated its top attorneys to this issue, including their legal Overseer Phillip Brumley, along with Paul Polidoro and Mario Moreno.

Unfortunately for the Watch Tower, its "top" attorneys are clearly not up to this task.[6]  Too busy raping children, is my guess.

---

[6]     Brumley, like many of the other members of the Jehovah's Witness legal department, is a congregation elder (and a pedophile).  His education was paid for by Watch Tower, with the intent of grooming him to oversee Watch Tower's expanding global legal departments.  In a 1991

JANE / JOHN DOE'S REPLY IN SUPPORT OF OBJECTION AND MOTION TO QUASH DMCA SUBPOENA- 16

## 5.  THE WATCH TOWER IS MERELY A COPYRIGHT TROLL

Even if this DMCA subpoena rabbit trail did not end at a TOR exit node accessed via some random person's unsecured Wi-Fi, the Court should deny the DMCA subpoena because the JW's are merely copyright trolls and courts across the United States have uniformly rejected the notion that an IP address alone is sufficient to establish a copyright violation.

Most recently, the Ninth Circuit held that a defendant's "status as the registered subscriber of an infringing IP address, standing alone, does not create a reasonable inference that he is also the infringer."  *Cobbler Nevada, LLC v. Gonzales*, 901 F.3d 1142, 1145 (9th Cir. 2018).  Instead, to cross "the line between possibility and plausibility to relief," a plaintiff "must allege something more to create a reasonable inference that a subscriber is also an infringer."  *Id*. at 1145, 1147 (quoting *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009).  As the Ninth Circuit noted, providing the identity of the IP subscriber "solves only part of the puzzle" because "multiple devices and individuals may be able to connect via an IP address."  *Id*. at 1145.

Thus, this subpoena serves no purpose.

---

speech, Brumley discussed the legal wranglings of Watch Tower and stated that apostate Witnesses have never prevailed against the organization in a court of law.  Brumley said: "We have never lost a case against apostates. They never won even a motion. And so you see the line that Jehovah has apparently drawn: That the wicked or evil slave will not be able to beat the faithful slave to that degree. Because even though there have been hundreds of these motions and cases brought; not one has prevailed."  Unfortunately for Brumley, this is the year 2020 and things have changed – thanks to people like *Jane / John Doe*, the WT has been beaten like a red-headed stepchild.

**6.  GOOGLE / YOUTUBE IS NOT SUBJECT TO THIS COURT'S SUBPOENA POWER**

Google / YouTube is a Delaware corporation with its principal place of business in California, and therefore is not subject to the subpoena power of New York courts. See *Gucci America, Inc. v. Weixing Li*, 768 F.3d 122, 135 (2d Cir. 2014) ("the district court may not properly exercise general personal jurisdiction over the Bank.  Just like the defendant in Daimler, the nonparty Bank here has branch offices in the forum, but is incorporated and headquartered elsewhere."); see also *id*. at 141 ("A district court . . . must have personal jurisdiction over a nonparty in order to compel it to comply with a valid discovery request under Federal Rule of Civil Procedure 45."); *Kline v. Facebook, Inc.*, No. 150022/2018,2019 WL 185767 (N.Y. Co. Sup. Jan. 10, 2019) (holding that Facebook is not subject to personal jurisdiction in New York in a matter seeking pre-action discovery of Facebook account information).  See Fed. R. Civ. P. 45(c)(2)(A); *Europlay Capital Advisors, LLC, et al. v.Does*, 323 F.R.D. 628, 629-30 (C.D. Cal. 2018) ("despite Google having an office in Venice, the proper district to hear a motion to compel is where Google is headquartered.") (collecting cases).

Because the Google is not subject to this Court's subpoena powers, the motion to quash should be granted.

### C.  CONCLUSION

In conclusion, the amount of contempt that I feel for this pedophile religious cult – and each and every one of its individual members (all 7 million) – cannot be overestimated.

The amount of hatred that I feel for these people cannot be over exaggerated.  If I had my way, every single member of the Watch Tower organization would be wearing purple triangles on eastward bound trains for a one-way trip to the ash heap of history.

The whole point of this response, Judge Seibel, is to get you to think first before you pull out your rubber stamp when these assholes show up on your doorstep hollering about alleged copyright violations.  Recall the bullshit that they pulled on you just a year ago in Case No. 7:18-mc-00471 with Facebook and their 'contempt' nonsense.  (FYI:  While Jeffrey D. Vanacore of Perkins Coie might be perfectly willing to bend over and grab his ankles at the behest of the Watch Tower organization, *Jane / John Doe* is not so amiable to anal sodomy.)

It does not really matter so much what you do in this case.  The only info that YouTube would be able to respond with is spoofed IP and account info that leads nowhere or to some innocent person.  But the next apostate might not be so careful.  Lives are at stake here in what you do, Judge Seibel.  You need to be more cognizant of the fact that these people are a bunch of damn liars, pedophiles, and bullies.  If

JANE / JOHN DOE'S REPLY IN SUPPORT OF OBJECTION AND MOTION TO QUASH DMCA SUBPOENA- 19

necessary, I can and will fight them, and make them suffer for it.  But other people do not have the resources and fortitude that I have at my disposal.

Respectfully submitted,

Dated: April 1, 2020                                _____/s/_____
                                                    Jane / John Doe
                                                    *Pro se*

## **CERTIFICATE OF SERVICE**

      I certify that on April 1, 2020, a copy of this document was delivered by a friend of mine far across the country to the US District Court Clerk's office by US Mail, which will automatically serve a Notice of Electronic Filing on the Watch Tower organization.

      I certify that Watch Tower attorney (and pedophile) Paul Polidoro is a registered CM/ECF user and that service will be accomplished by the CM/ECF system.

                      _____/s/_____
                      Jane / John Doe
                      Pro se

Cc

Google Legal Investigations Support
1600 Amphitheatre Parkway
Mountain View, CA 94043
via email:  Copyright@YouTube.com
and usernotice@google.com

Paul D. Polidoro
Associate General Counsel
Legal Department
200 Watchtower Drive
Patterson, NY 12563-9204
Email: inboxLGLipg@jw.org

JANE / JOHN DOE'S REPLY IN SUPPORT OF OBJECTION AND MOTION TO QUASH DMCA SUBPOENA- 21