*JANE / JOHN DOE*

Email: JWHater@protonmail.com

*Pro se*

## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: DMCA SUBPOENA TO GOOGLE, LLC | Case No.:  7:20-mc-00119 |
| | **JANE / JOHN DOE'S REQUEST FOR ADDITIONAL BRIEFING BY THE WATCH TOWER REGARDING OTHER BOGUS DMCA TAKE DOWN REQUESTS** |

In addition to the **58** actual DMCA subpoena requests that have been filed in this specific court, and the other **2** filed elsewhere, *Jane / John Doe* would like to point out to the Court that the Watch Tower and its attorney Paul Polidoro have also been sending out DMCA Takedown Notices to YouTube regarding literally **hundreds** of JW Apostate video channels and those of a similar type (under various pseudonyms) over the past several years.

As the Court knows, in *Lenz v. Universal Music Corp.*, 801 F.3d 1126 (9th Cir. 2015), the United States Court of Appeals for the Ninth Circuit has held that copyright holders must consider fair use in good faith before issuing a takedown notice for content posted on the Internet.  Lenz argued that Universal was issuing takedown

JANE / JOHN DOE'S REQUEST FOR ADDITIONAL BRIEFING - 1

notices in bad faith, as they attempted to remove all Prince-related content rather than considering whether each posting violated copyright, and in particular was a non-infringing fair use.

Importantly, the court viewed fair use not as a valid excuse to otherwise infringing conduct but rather as not infringement in the first place.

**For at least five years, the Watch Tower and its attorneys have been issuing DMCA notices in bad faith as they attempt to remove all Watch Tower-related content from the internet, except that which they release directly themselves.**

Just a few weeks ago, YouTube received DMCA Takedown Notices from the Watch Tower regarding the *JW Brainwashing* channel (an Apostate channel), which contained nothing but transformative parody videos making fun of the Watch Tower pedophile organization and its Governing Body (who are also pedophiles, in case anyone was wondering).

Obviously, it is much easier for the Watch Tower to escape public scrutiny by sending off DMCA Takedown Notices to social media companies like YouTube, Facebook, Twitter, et al. via email for free.  After all, for well **over five years** they have been sending Takedown Notices to the web hosting companies for *JW Survey.org* and *AvoidJW.org*, all Apostate websites, as well as the *John Ceders* YouTube channel, in an effort to stifle public debate and criticism.  As well as trying to cover up

documents that expose their chronic pedophilia scandals and lawsuits.  (And how's that working for ya?)

When the Court takes up the issue as to whether or not the Watch Tower is properly invoking this Court's authority under the DMCA subpoena process, it is important for you, Judge Siebel, to get a full understanding as to just how widespread and chronic this behavior has been – <u>for many years, across many jurisdictions</u>.

Maybe you thought that this was just a one-off dispute involving the Watch Tower and just one little YouTube channel.  But, as you quickly seemed to realize, the issuance of 60 DMCA subpoenas – but no actual copyright lawsuits – is just a part of their lawfare scheme to uncover moles, whistleblowers, and apostates, in an effort to stifle debate and criticism.  ==It is just a religious witch hunt via judicially approved doxing.==

*Jane / John Doe* has used literally a hundred or more aliases over the years expressly for setting up throw-away YouTube and other social media accounts.  Unfortunately, YouTube isn't a court of law.  So, they will just takedown the videos to appease the Watch Tower lawyers and there is nothing an account holder can do.  YouTube doesn't give a shit about its individual users.

But, again, this lack of good faith when making these DMCA takedown requests, and in applying for DMCA subpoenas, is exactly what this case is all about.

**REMEMBER**:  Lying under oath is what they do as it is specifically called for in their doctrine of *Theocratic Warfare*.

Regardless as to what the Court rules in this specific case, this DMCA subpoena litigation will not go away.  Not anymore, never again.  Now that I am paying better attention and know what to do, I will be filing DMCA objections each and every time the Watch Tower pedophiles file a request for a subpoena, in any court and in any jurisdiction across this country.  Just so you know, I sent Philip Brumley, General Counsel for the Watch Tower organization, an email a couple days ago letting him know that his DMCA antics were coming to an end:

> I will [mess] you up, Brumley.  Make no doubt about it - I meant every word I said in that reply [Jane/John Doe's reply in support of DMCA objections].
>
> You know I have been to your Bethel headquarters before, twice, with my daughter.  Once at the old DUMBO place a long while ago and the second was about a year and a half ago at your new place.  We saw each other one time, though I am certain you would not remember.  Just because I think your cult is a scam and is stupid does not mean that I won't make my daughter and her choices feel any less respected.  It took a while, but she and her husband have woken up and now see you people for what you truly are.
>
> You clowns have been peppering me with dozens of the DCMA subpoenas, under one pseudonym or another, for a long time.  It was only by chance, due to the stay-at-home orders, that I finally took notice and decided to do something once and for all to put your lawfare games to an end.
>
> You can change computer passwords all you want.  Even change the locks at the Kingdom Halls and Branch Offices and their 'secret' file cabinets.  Passwords and locks only defend against outsiders.  It does no good as it will not protect you from trusted insiders who stopped caring - PIMO is the word you people use to describe them, right?  Physically In / Mentally Out.
>
> Think Edward Snowden and the NSA leaks.  And you jabronis are still no closer to plugging these leaks!

The Watch Tower organization has been covering up child sex abuse for DECADES, in countries all over the world – and ALL of these coverups have been specifically directed by Philip Brumley and the other attorneys who live at the Bethel compound (think *Branch Davidians*, but with more pillow-humping and a nice lake nearby).

Thanks to the wonders of electronic filing, not only is it easier to request DMCA subpoenas, but it is also super easy to file DMCA objections and demand hearings (which is all free of charge for the objector, once you figure out the "magical" words to use in order to invoke the Court's ability to take up a motion to quash).

This, of course, takes up the court's valuable time from other super important stuff like trying to hassle our President over nonsense like the fake-news Muller report or nonissues like his tax records (all stuff going in here in the SD of NY).

In any event, you hopefully get the point. From now on, should the Watch Tower pedophiles come to court to request a DMCA subpoena, in any district in this country, I will respond and object. But if you can draw a line in the sand here and now, Judge Siebel, this bad faith use of the DMCA just so they can go after apostates and whistleblowers can come to an end – and save you all a whole bunch of time and money.

Therefore, I ask that you please order the Watch Tower to fully disclose to you all of the DMCA takedown requests that they have made since January 1, 2015, to the present date.  Every single one of them.

Respectfully submitted,

Dated: April 9, 2020

_____/s/_____
Jane / John Doe
*Pro se*

## **CERTIFICATE OF SERVICE**

I certify that on April 9, 2020, a copy of this document was filed electronically with the US District Court Clerk's office via their pro se e-filing system, which will automatically serve a Notice of Electronic Filing on the Watch Tower organization.

I certify that Watch Tower attorney (and pedophile) Paul Polidoro is a registered CM/ECF user / registered sex offender and that service will be accomplished by the CM/ECF system.

_____/s/_____
Jane / John Doe
Pro se

Cc

Google Legal Investigations Support
1600 Amphitheatre Parkway
Mountain View, CA 94043
via email:  Copyright@YouTube.com
and usernotice@google.com

Paul D. Polidoro
Associate General Counsel
Legal Department
200 Watchtower Drive
Patterson, NY 12563-9204
Email: inboxLGLipg@jw.org