*JANE / JOHN DOE*

Email: JWHater@protonmail.com

*Pro se*

### IN THE UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: DMCA SUBPOENA TO GOOGLE, LLC | Case No.:  7:20-mc-00119 |
| | |
| | **JANE / JOHN DOE'S REPLY IN SUPPORT OF THE MOTION TO QUASH DMCA SUBPOENA** |

> **"A physical man does not accept the things of the spirit of God. – 1 Cor. 2:14 … A physical person is often excessively concerned about prestige and material pursuits or about defending what he feels are his rights.  People who engage in any of "the works of the flesh" fall into that category. (Gal. 5:19-21) A fleshly attitude includes … taking one another to court…"**

---*Examining the Scriptures Daily* – Aug 5, 2019 (a Watch Tower publication)

And yet, taking one another to court is exactly what the Watch Tower pedophile cult has done – **now 61 times**, as of this date, all over excessive concerns about prestige and its material pursuits and about defending what they feel are their "rights" via all of these completely bogus DMCA subpoena legal actions.  But this is the year 2020 and whistleblower websites like FaithLeaks.org, AvoidJW.org, and (of course) YouTube channels run by *JW Apostate,* are simply a fact of life that the Watch Tower

JANE / JOHN DOE'S REPLY IN SUPPORT OF THE MOTION TO QUASH - 1

is just going to have to live with.  Just like governments around the world are forced to live with websites like WikiLeaks – this is now the new normal.

Another thing that the Watch Tower organization is going to have to live with is handcuffs and grand jury indictments.  Specifically, Daniel Dye, senior deputy attorney general for the Commonwealth of Pennsylvania, has specifically stated to me that the grand jury is going after specific members of the Jehovah's Witness's Governing Body as well as several of its attorneys, to include Paul Polidoro, and Philip Brumley, for their roles in the covering up of decades worth of child sex abuse by members and "elders" in this child sex religious cult![1]

https://www.inquirer.com/news/jehovahs-witnesses-sex-abuse-cover-up-pennsylvania-grand-jury-investigation-20200214.html

As you are likely aware, Judge Siebel, Mr. Dye is the prosecutor who was responsible for the sweeping grand jury report and indictments in the Catholic Church pedophile scandal of September 2018.  See https://www.inquirer.com/philly/news/the-man-behind-the-pa-grand-jury-report-on-catholic-clergy-abuse-20180916.html

---

[1] If the court has any questions about this, you can reach Mr. Dye at his personal phone 717-787-6364 or email ddye@attorneygeneral.gov

JANE / JOHN DOE'S REPLY IN SUPPORT OF THE MOTION TO QUASH - 2

## A. PROCEDURAL BACKGROUND

For those of you just tuning in, on February 27, 2020, the Watch Tower Bible and Tract Society of Pennsylvania ("Watch Tower") requested a subpoena from its go-to pet judge, Judge Cathy Seibel of the White Plans office of the U.S. District Court for the Southern District of New York, pursuant to the Digital Millennium Copyright Act ("DMCA"), Title 17 U.S.C. § 512(h) (the "DMCA Subpoena"), to identify the user identified as: "JW Apostate" (https://www.youtube.com/channel/UC09GOmDAFGLmaftWo16ETPg ).  (Doc # 2).

According to the accompanying Declaration of Watch Tower attorney (and notorious pedophile) Paul Polidoro, "The purpose for which this DMCA Subpoena is sought is to obtain the identity of an alleged infringer or infringers and such information will only be used for the purpose of protecting Watch Tower's rights under title 17 U.S.C. §§ 100, et. seq."  See Polidoro Declaration – Doc #5 at ¶4.  (For reasons outlined below, that statement is a **BIG FAT LIE**.)

On March 11, 2020, Watch Tower served Google LLC with the DMCA Subpoena.

On March 12, 2020, *Jane / John Doe* (hereinafter "Movant") filed a Motion to Quash the DMCA subpoena.  (Doc # 9.)

On March 18, 2020, Google advised the parties that it will await the Court's ruling before taking any further action.  (Doc # 10 at ¶11.)

On March 26, 2020, Watch Tower filed its Memorandum of Law in Support of its Opposition to the Motion to Quash.  (Doc # 11.)  Watch Tower argued that Movant's reliance upon shield law protection and the right of anonymous speech is without merit.

While finding these arguments by Movant to be without merit, the Court, in an April 2, 2020, memo endorsement on the bottom page of *Jane / John Doe's* Reply in Support of Motion to Quash ordered additional briefing to address two separate, as yet unanswered issues, that Movant raised:

1) Movant challenges the good faith of Watch Tower's representation that its purpose in seeking a DMCA subpoena is solely to identify a potential defendant for a copyright infringement action, alleging that Watch Tower has invoked the 59 times without ever then bringing such a lawsuit [because it is engaging in a religious witch hunt by using the DMCA subpoena process to judicial dox moles, apostates, and whistleblowers, *Jane / John Doe* would argue].

2) There seems to be a factual dispute as to what material belonging to Watch Tower was allegedly used by Movant.  Neither side has provided sworn declarations on this issue.  Watch Tower suggests that Movant posted full videos produced by Watch Tower.  Movant says he posted: 1) "undercover" videos of meetings, in which (he suggests) Watch Tower would have no copyright rights; and 2) portions of videos produced by Watch Tower, which (he implies) would be fair use because it was part of criticism.  See *In re DMCA Subpoena to Reddit, Inc.*, No. 19-MC-80005, 2020 WL 999788 (N.D. Cal. Mar. 2, 2020).  Accordingly, Watch Tower should address (by declaration or affidavit of someone with knowledge) what exactly it claims was infringed by Movant and how.

See Judge Seibel's notations at Doc # 12, bottom of pg 20.

JANE / JOHN DOE'S REPLY IN SUPPORT OF THE MOTION TO QUASH - 4

While not a member of this religious cult of rabid pedophiles and pedophile enablers, *Jane / John Doe's* daughter has been a baptized member for about 15 years and her husband is a born-in life long member who is a senior elder / overseer. As confirmed by Polidoro in his Declaration (Doc # 18 at ¶5), the cases against apostate infringers has risen swiftly since 2018, when numerous leaked videos and documents surfaced, leaving Watch Tower scratching their heads, wondering how sensitive information was escaping their global network of trusted Witness Elders, Ministerial Servants, Circuit Overseers and Branch Committee members. That date, not so coincidently, also coincides with the time period *Jane / John Doe's* daughter and son-in-law returned to the U.S. after living overseas several years in service to the Watch Tower after receiving indoctrination from the Watch Tower Bible School of Gilead; thus, the leaks began!

Using this insider access, for more than two years, *Jane / John Doe* has been systematically leaking "stolen" internal documents and videos onto the World Wide Web in front of an audience of over 7.5 billion people using 100's of pseudonyms and throw-away social media accounts and emails. While some people might call it breaking & entering, theft of documents, and "doxing", I prefer to call it whistleblowing and exposing a gang of child sex abusers and their practices.

> ***Publicity is justly commended as a remedy for social and industrial diseases. Sunlight is said to be the best of disinfectants; electric lights the most efficient policeman.***

JANE / JOHN DOE'S REPLY IN SUPPORT OF THE MOTION TO QUASH - 5

Nobody is making any money off of this shit – after all, not even the cute Watch Tower girls that you always see hanging around bus stops and street corners engaging in flirty fishing can give this trash away for free!  Once the effects from the constant love bombing wear off, the vast majority of people simply walkaway never to return realizing what ridiculous nonsense this all is.  Unfortunately, it really is true that there is a sucker born every minute.  In this case, there are about 7 million suckers in the Watch Tower religious cult worldwide.  While some of them are child sex abusers, the majority of this cult's members have no fucking clue as to what is actually going on behind the scenes all in the name of their twisted version of "God."

Which is where folks like *JW Apostate* come in:  The documents that are supposedly "stolen" from the file cabinets and safes of countless local Kingdom Halls and Branch Offices are posted online, free of charge, on websites like FaithLeaks.org, AvoidJW.org, Doxbin and Reddit.[2]  The same is true for the undercover videos that *JW Apostate* (using one pseudonym or another) continually posts online on the YouTubes, Facebooks and the Twitter.  All is given freely, without charge.  No one, not the Watch Tower nor *Jane / John Doe*, is making any money from this stuff (which

---

[2]      Many documents and videos have also been delivered to Daniel Dye of the PA Attorney General's office for use in his grand jury investigation.  Unfortunately for Watch Tower attorneys Paul Polidoro and Philip Brumley, the Private Search doctrine is an exception to the Exclusionary Rule under Pennsylvania law (see *Commonwealth v. Shaffer*, 209 A.3d 957 (Pa. 2019)); thus, they can bitch and moan as much as they want to about the use and admission of documents obtained by an illegal search conducted by non-governmental actors like *Jane / John Doe*, their objections will fall on deaf ears – these two assholes are going to be in handcuffs in the not to distant future, mark my words!  **So suck it.**

JANE / JOHN DOE'S REPLY IN SUPPORT OF THE MOTION TO QUASH - 6

is a factor for the Court to consider in an alleged copyright infringement case, right?) All of the videos at issue here is stuff that is produced freely by the Watch Tower using an army of discrete slave laborers.  All of which is then shown / given away freely by the Watch Tower either online at JW.org or at their local Kingdom Halls and at their public assemblies and conventions.

It is important for the Court to know that the Jehovah's Witnesses have thrived on controlling their own narrative for many years, discouraging outside research and discussion.  By making these documents and videos publicly available, opportunity is given for open and unbiased discussion and criticism.  This can be evidenced by the **tens of thousands** of comments posted on the *JW Apostate* related YouTube channels and by the fact that **hundreds of thousands** of people all across the planet posted links to these very videos at issue here on their own social media pages!




**B. THE WATCH TOWER FAILED TO ADDRESS WHY IT NEVER FOLLOWS THROUGH WITH COPYRIGHT LITIGATION**

In its April 2 memo endorsement (Doc 12 at pg 20), the Court instructed the Watch Tower attorneys to address – by declaration or affidavit – each of the 59 prior DMCA subpoena legal actions and explain why they have never filed any copyright lawsuits against any of the alleged infringers and whether or not their failure to do so is evidence of bad faith.

Regarding section 512(h)(2)(C), this essentially states the DMCA subpoena's purpose must be limited to obtaining information to enforce the copyright. However, in the 60 DMCA subpoena cases at hand, it is *Jane / John Doe's* position that the Watch Tower instead used this information to go on religious witch hunts in an effort to seek out moles, whistle blowers and apostates.

While it is true that on the afternoon of April 30, *Jane / John Doe* was 'served' with a copy of the copyright lawsuit just filed by this group of pedophiles in Case 1:20-cv-03366, *Watch Tower v. Truth & Transparency Foundation*, filed in the Southern District of New York.  Judge Seibel, I would like to respectfully point out that in Polidoro's Declaration (Doc 18) he has inferred that the Watch Tower needed all of those 60 identities so they could file a lawsuit against infringers.  (Polidoro Declaration at ¶6).  **But this is complete bullshit** because they already knew all about the *Truth and Transparency* / FaithLeaks.org website from the very beginning! Specifically, in this new lawsuit, the Watch Tower claims that, "In mid-2018, Watch

Tower learned that 487 of its copyrighted literary works were being reproduced, displayed and distributed without license or permission by Defendants on the FaithLeaks.org website."  See Complaint at ¶13 – attached as Exhibit 1 herein.  The attorney for the Watch Tower (a guy named Kieran G. Doyle, who is outside counsel) claims to have been in contact with counsel representing *Truth & Transparency* as early as December 2018.  Complaint at ¶14.

The contact information for the defendants in this lawsuit is publicly available on the website for the Truth & Transparency Foundation.  See https://www.truthandtransparency.org/about/

Thus, at any point in the past 1 ½ years, these Watch Tower guys could have filed their super grand and super awesome copyright lawsuit without the necessity of all of these 60 DMCA subpoenas.  And, FYI Judge Seibel, <u>not one of those 60 DMCA subpoenas that were issued by rubber-stamp judges like you were ever related to anything regarding the FaithLeaks.org website / *Truth & Transparency Foundation*</u>.  <mark>Not a god damn one!</mark>

Just to refresh everyone's memory, here is a list of the DMCA subpoena case numbers and the person / entity whom the Watch Tower was trying to judicially dox:

1.  7-17-mc-00194 – Tom Durbridge & Friends

2.  7-17-mc-00195 – Tom Durbridge

3.  7-17-mc-00217 – AvoidJW.org

JANE / JOHN DOE'S REPLY IN SUPPORT OF THE MOTION TO QUASH - 9

4.  7-17-mc-00241 – MyFTPUpload

5.  7-18-mc-00076 – JW Videos HD

6.  7-18-mc-00177 – Testigos de Jehová

7.  7-18-mc-00179 – WifiBandit & Friends

8.  7-18-mc-00180 – WifiBandit & Friends

9.  7-18-mc-00181 – Reactivo

10. 7-18-mc-00268 – Kevin McFree

11. 7-18-mc-00289 – Fay Dehr

12. 1-18-mc-00301 – The UnReluctant

13. 7-18-mc-00312 – The UnReluctant

14. 7-18-mc-00361 – Fay Dehr

15. 7-18-mc-00362 – JW Kevin

16. 7-18-mc-00364 – WifiBandit

17. 7-18-mc-00409 – Testemunhas de Jehova

18. 7-18-mc-00432 – Javier Guardado Aquilar

19. 7-18-mc-00471 – Gran Muchedumbre

20. 7-18-mc-00484 – Info JW

21. 7-18-mc-00486 – Theocratic Videos

22. 7-18-mc-00487 – JW Meetings

23. 7-18-mc-00505 – Andres Leonardo

JANE / JOHN DOE'S REPLY IN SUPPORT OF THE MOTION TO QUASH - 10

24. 7-18-mc-00506 – Pinguino Emperador

25. 7-18-mc-00515 – Medieval HND16

26. 7-18-mc-00516 – Dert De55

27. 7-18-mc-00528 – Hildebrando

28. 7-18-mc-00529 – Neo MX

29. 7-18-mc-00530 – JW Bethelite

30. 7-18-mc-00566 – Atalayando

31. 3-19-mc-80005 – DarkSpilver

32. 4-19-mc-80006 – Ich3b

33. 7-19-mc-00569 – Fader Man

34. 7-18-mc-00571 – Moises Gutierrez

35. 7-18-mc-00572 – JW Leaks

36. 7-19-mc-00009 – JW Stream

37. 7-19-mc-00010 – JW Stream

38. 7-19-mc-00059 – Arcade Random

39. 7-19-mc-00060 – Elkatire

40. 7-19-mc-00081 – Alpha Omega

41. 7-19-mc-00082 – Historia Y Ayuda Teocrática JW

42. 7-19-mc-00083 – Jorgito El Loco

43. 7-19-mc-00084 – JW Suicides

44. 7-19-mc-00085 – JW Victims

45. 7-19-mc-00087 – Whatch Tower Bible and Tract of PA

46. 7-19-mc-00143 – sirjsslut

47. 7-19-mc-00147 – JW Broadcasting

48. 7-19-mc-00163 – Reuniones Teocráticas

49. 7-19-mc-00188 – Tony Xiaoyu

50. 7-19-mc-00211 – Biblia Ensina

51. 7-19-mc-00221 – JW Channel Theocratic Meetings

52. 7-19-mc-00260 – Anonymous Ey4LZb

53. 7-19-mc-00301 – Streamable.com – Unknown User

54. 7:19-mc-00330 Facebook: Testigos Cristianos de Jehová.

55. 7:19-mc-00336 YouTube: Meeting Broadcast

56. 7:19-mc-00432 Google Drive: Formatos Teocraticos

57. 7:19-mc-00473 YouTube: JW.ORGVIDEOS WWVIDEOS

58. 7:19-mc-00475 Archive.org: exjwlibrary

59. 7:19-mc-00476 Scribd: Marco Octavio Juarez Ortiz

60. 7:20 mc-00119 YouTube: JW Apostate

So let me ask you something, Judge Seibel, ***do you see the names Truth & Transparency Foundation / FaithLeaks.org and Ryan McKnight & Ethan Dodge on this list?*** NO – YOU DO NOT!!!

Polidoro basically lied to Judge Donato in the *Darkspilver* case and he is totally misleading you, Judge Seibel, in this case. Watch Tower and their lawyers want these judges to think that all these DMCA subpoenas were justified. They were not.

This has all been nothing but judicial doxing and a religious witch hunt for moles, apostates, and whistleblowers.

With regards to the *JW Apostate* YouTube videos at issue here, before their removal, the videos received much analysis from ex-Witnesses on various forums across the Internet. *Jane / John Doe*, who published their own lengthy analysis of one video, would argue here that the videos simply deserve to be made public for the sake of criticism. Jehovah's Witnesses have thrived on controlling their own narrative for many years, discouraging outside research and discussion. By making these videos publicly available, opportunity is given for open and unbiased discussion and criticism. This can be evidenced by the tens of thousands of comments posted on YouTube and by the fact that millions of people all across the planet posted links to these very videos at issue here on their own social media pages.[3]

---

[3] For what it is worth, when *Jane / John Doe* was earlier arguing that these videos were produced using an all-volunteer workforce (*Jane / John Doe's* Reply in Support of Objection and Motion to Quash DMCA Subpoena at Doc # 13 at ¶14), this unpaid originators group refers mainly to

JANE / JOHN DOE'S REPLY IN SUPPORT OF THE MOTION TO QUASH - 13

As the Court knows, in *Lenz v. Universal Music Corp.*, 801 F.3d 1126 (9th Cir. 2015), the United States Court of Appeals for the Ninth Circuit has held that copyright holders must consider fair use in good faith before issuing a takedown notice for content posted on the Internet.

Lenz argued that Universal was issuing takedown notices in bad faith, as they attempted to remove all Prince-related content rather than considering whether each posting violated copyright, and in particular was a non-infringing fair use.

Importantly, the court viewed fair use not as a valid excuse to otherwise infringing conduct but rather as not infringement in the first place.

**For at least five years, the Watch Tower and its attorneys have been issuing DMCA notices in bad faith as they attempt to remove <u>all Watch Tower-related content</u> from the internet, except that which they release directly themselves.**

Just a few weeks ago, YouTube received DMCA Takedown Notices from the Watch Tower regarding the *JW Brainwashing* channel (also Apostate channel), which contained nothing but transformative parody videos making fun of the Watch Tower

---

people who live and work for food and board only at and through their headquarters that they call *Bethel*, and these people join this tax exempt group and take a vow of poverty.  Note, they also neither pay social security nor earn any pension and are subject, at any time, to immediate dismissal – no matter how many years they have been there.  All monies earned whether by earning or contributions go to the Watch Tower Bible & Tract Society.  FYI – the next Watch Tower foundation or fund to send help to a member for any reason, or survivor of catastrophe, or ill person, that anyone finds will be the first such record found ever!  Money goes in, but it never comes out/

pedophile organization and its Governing Body (who are also pedophiles, in case anyone was wondering).

Obviously, it is much easier for the Watch Tower to escape public scrutiny by sending off DMCA Takedown Notices to social media companies like YouTube, Facebook, Twitter, et al. via email for free.  After all, for well **over five years** they have been sending Takedown Notices to the web hosting companies for *JW Survey.org* and *AvoidJW.org*, all Apostate websites, as well as the *John Ceders* YouTube channel, in an effort to stifle public debate and criticism.  As well as trying to cover up documents that expose their chronic pedophilia scandals and lawsuits.  (And how's that working for ya?)

When the Court takes up the issue as to whether or not the Watch Tower is properly invoking this Court's authority under the DMCA subpoena process, it is important for you, Judge Siebel, to get a full understanding as to just how widespread and chronic this behavior has been – for many years, across many jurisdictions.

Maybe you thought that this was just a one-off dispute involving the Watch Tower and just one little YouTube channel.  But, as you quickly seemed to realize, the issuance of 60 DMCA subpoenas – but no actual copyright lawsuits – is just a part of their lawfare scheme to uncover moles, whistleblowers, and apostates, in an effort to stifle debate and criticism.  It is just a religious witch hunt via judicially approved doxing.

*Jane / John Doe* would argue that the fact that the Watch Tower didn't like the videos being posted by the *JW Apostate* YouTube channel is proof that the postings were transformative!  If you accept the claims by the Watch Tower pedophiles as true, that the videos posted were straight up copy & paste identical videos to what which they post themselves online and give away freely, then I don't see what the problem is?  They are in the business of spreading the Word of God as far and wide as possible, right?  Thus, these are all free videos, made by an army of slaves at the *Bethel* religious compound, that is given away by them freely to the public at large all across the world.

But that is not what happened here.  What has pissed the child rapists at the *Bethel* compound off so much is that, by my posting their dox online, I take away their ability to control the narrative and I comment myself and allow others to also comment about what is being shown in a manner totally outside of the control of the Governing Body – and this really chaffs their ass like nothing else, Judge Seibel!

**Again, the fact that the Watch Tower didn't like the videos being posted by the *JW Apostate* YouTube channel is proof that the postings were transformative!**

*Jane / John Doe* has used literally a hundred or more aliases over the years expressly for setting up throw-away YouTube and other social media accounts.   As stated further below, unfortunately, YouTube isn't a court of law.  So, they will just takedown the videos to appease the Watch Tower lawyers and there is nothing an account holder can do.  YouTube doesn't give a shit about its individual users.

In the case at hand, apparently due to what YouTube deemed an "excessive" number of DMCA takedown complaints about other videos that were not the videos in question here, the *JW Apostate* video channel appears to have been shut down.

Lastly, I want to address a point Polidoro raised in his memorandum and declarations, regarding his statement that "Since Jehovah's Witnesses' efforts are supported by voluntary donations, undertaking litigation is very carefully considered." With the inference being, "we're super poor and cannot easily afford lawyers and lawsuits." For reasons explained below, this claim (like all the others) is complete **BULLSHIT**.

The Watch Tower Bible and Tract Society listed the book value of its assets as **$1,590,239,000** on its 2016 IRS Form 990-T, attached as Exhibit 2.

While copyright litigation can be expensive, especially when you hire Cowan Liebowitz & Latman (a Manhattan law firm notorious for churning case files and getting shitty results), how much does it cost to ass-rape just one child, I would ask? Seriously. If the folks at the Watch Tower organization were so cost conscious over litigation expenses, how about you guys not fuck so many children, eh?

On July 1, 1989, Watch Tower New York issued a now-famous six-page letter to all congregation elders, labeled "confidential." This letter warned elders not to divulge confidential information to "unauthorized" persons, including the police. See attached Exhibit 3.

On March 14, 1997, Watch Tower released yet another directive to elders, and this time they asked for documentation of known child abusers serving in any congregation.  See attached Exhibit 4.  It was, in effect, an official announcement of a secret database of child abusers.

On Page two, the letter stated:

> *However, the body of elders should discuss this matter and give the Society a report on anyone who is currently serving or who formerly served in a Society-appointed position in your congregation who is known to have been guilty of child molestation in the past.*

See Aff. Of Mark O'Donnell, ¶¶ 11-12, April 15, 2020 (attached as Exhibit 5).

This single sentence has formed the basis for a series of civil lawsuits in California in which attorney Irwin Zalkin and his team have worked many years to expose, knowing that Watch Tower is harboring the names of thousands of child abusers in its database.  Many of the abusers are still at large and serving in positions of authority among Jehovah's Witnesses.

This Court has a grave responsibility to direct its limited resources at safeguarding the integrity of the judicial process and directing the evolution of the law. It is difficult to envision a party less deserving than Watch Tower to be trusted to litigate any allegedly important issue before this Court.  In case-after-case, Watch Tower has shown a remarkable disregard for the authority of the courts and flouted the rules that all other litigants are required to follow.

For example, in *Lopez v. Watchtower Bible and Tract Society of New York*, Inc., 246 Cal.App.4th 566 (2016), the plaintiff brought an action alleging Watch Tower negligently hired, retained and supervised a Jehovah's Witness member who molested the plaintiff. (*Id*. at p. 573.)  After being ordered to produce the Molestation Files, Watch Tower affirmatively sought appellate intervention, but its petitions for writ of mandate and review were denied. (*Id*. at pp. 576, 584.)  With no legal avenue remaining to challenge the discovery order, Watch Tower ignored the court's authority and simply refused to produce the documents, claiming the trial court was wrong. (*Id*. at pp. 586–587.)  The judge awarded a $13.5 million judgment in favor of Lopez.

On appeal of the resulting terminating sanctions order, the court rejected Watch Tower's arguments, affirmed the document production order and found that "[t]here is no question that Watch Tower willfully failed to comply with the document production order" making lesser sanctions appropriate on remand. (*Id*. at p. 605.)

Less than two years later, the same appellate court was required to again consider Watch Tower's blatant disobedience of a discovery order.  In the case of *JW v. Watchtower Bible and Tract Society of New York, Inc. et. al.*, the Riverside Superior Court of California awarded the Plaintiff, "J.W.," a judgment of $4,016,152.39 plus interest at 10% per year after terminating Watch Tower's defense, because it refused to obey the Court's order to produce files of known child molesters within the JW organization.  In 2018, the Fourth District Court of Appeal in California upheld that

decision.  The U.S. Supreme Court's rejection of Watchtower's Petition lets stand the original judgement and damages granted by the lower court.  (*Padron v. Watchtower Bible and Tract Society of New York, Inc.*, 16 Cal.App.5th 1246 (2017), at p. 1249 ["this is not the first time we have been asked to review a superior court's sanctions against Watch Tower for discovery abuses"].)  As in *Lopez*, Watch Tower was ordered to produce the Molestation Files and again refused to follow those orders, claiming it was substantially justified in disobeying because the trial court was "just wrong" and the First Amendment gave it special license to disobey court orders. (*Id*. at pp. 1265, 1268–69, 1271.)  See *J.W. v. Watchtower Bible and Tract Socy. of New York, Inc.*, 241 Cal. Rptr. 3d 62, 67 (Cal. App. 4th Dist. 2018), reh'g denied (Dec. 31, 2018), review denied (Mar. 27, 2019), cert. denied, 140 S. Ct. 217 (2019).

Before substantively rejecting Watch Tower's arguments, the court voiced its dismay at Watch Tower's litigation tactics, characterizing it as "gamesmanship." (*Id*. at p. 1269, fn. 9.)  If there was any doubt about the *Padron* court's views of Watch Tower's litigation tactics, it resolved them by concluding:

> *Watch Tower has abused the discovery process.  It has zealously advocated its position and lost multiple times. Yet, it cavalierly refuses to acknowledge the consequences of these losses and the validity of the court's orders . . . the superior court has shown great patience and lexibility in dealing with a recalcitrant litigant who refuses to follow valid orders and merely reiterates losing arguments.*

(*Id*. at pp. 1271–1272.)  Indeed, the court stated "we find Watch Tower's conduct so egregious that if it continues to defy the [discovery] order, terminating sanctions

appear to be warranted and necessary." (*Id*. at p. 1265.)

And then, of course, we have the 2018 lawsuit in Montana which resulted in a $35 million judgment against the pedophiles in charge of the Watch Tower organization in the lawsuit filed by Alexis Nunez and Holly McGowen.

Judge Seible, do you remember when I earlier explained to you the Watch Tower's *Theocratic Warfare Doctrine* in my Reply in Support of Objection, Doc # 12 at pg 9?

> ***"We must tell the truth to one who is entitled to know, but if one is not so entitled we may be evasive. ... As a soldier of Christ he is in theocratic warfare and he must exercise added caution when dealing with God's foes. Thus the Scriptures show that for the purpose of protecting the interests of God's cause, it is proper to hide the truth from God's enemies."***

*Watchtower*, June 1, 1960, pp.351-352.

That's no BS there, your honor!  That is straight up how these guys and their lawyers (who are all baptized "elders") play this in courtrooms all across the planet.

Polidoro claimed in his Declaration to you that:

> *The information provided as a result of the subpoena compliances provided little in the way of information necessary to identify a potential defendant. In many cases no identifying information was obtained.  In other cases the infringer resided outside of the United States, such as in South America or Europe.*

See Doc # 18 at ¶8.

**Just because the infringer resided outside of the United States, such as in South America or Europe, is no reason why you cannot sue them for copyright**

**infringement – especially when you are an organization with over $1.5 BILLION dollars in assets!!**

As the Court god damn well knows, international copyright treaties aim to create a minimum level of copyright protection which can be applied across national borders. The most important of these pre-existing agreements is the Berne Convention of 1908. Since its inception in 1887, the agreement, which protects literary and artistic works, has been agreed upon by nearly every country in the world – 178 countries as of today's date.  This includes 175 UN member states plus the Cook Islands, the Holy See and Niue.

The Berne Convention upholds automatic copyright protection without any need for the copyright holder to formally register their work.  The agreement guarantees that the work in question is protected for at least 50 years after the death of the copyright holder.

The application of *Lex Loci Protectionis* (the application of the law of the place where the property is copyrighted) means that citizens of a participating nation can expect their work to be protected in other such countries.  As long as participating countries stick to Berne Convention standards, the rights of the Berne Convention guarantee a minimum safeguard by ensuring the basic rights of the copyright holder.

In South America and in Europe, the Watch Tower seems capable of finding local counsel to defend itself from all the child raping lawsuits and criminal

investigations that are being filed against it.  And people get sued all the time in

Europe and in South America in local courts for copyright violations.  Google is your

friend, your honor.  Clearly, finding counsel for copyright litigation would be far easier

than finding attorneys willing to represent child rapists, right, Judge Seibel???  Thus,

*Jane / John Doe* would argue that the failure to file relatively inexpensive copyright

lawsuits in these countries that are signatories of the Bern Convention is clearly

evidence of bad faith.

This is why it is absolutely vital that you ORDER the Watch Tower lawyers to

produce to you the results they obtained from each and everyone of the past 59 DMCA

subpoenas that they had served.  These can be submitted *in camera*, with a public

summary provided to the parties so everyone can know that it's on the up and up and

not faked.  But it is absolutely vital for the Court to get answers as to each and every

one of the 59 other DMCA subpoenas – under oath.

By posting these videos and commentaries, *Jane / John Doe* is criticizing the

secretive nature of Watch Tower and highlighting their vindictive practices that abuse

members and former members.   Movant is also using only material that has the

thinnest of copyright – non-creative, non-commercial recordings of meetings attended

by the public, and because of the DMCA take-down process, the Watch Tower already

has their cure for the situation.

Plus, the videos that have been personally leaked by *Jane / John Doe* have led to specific consequences for the Watch Tower cult.  A Jehovah's Witnesses official delivered an urgent message to a group of elders at a 2017 seminar in Britain: The time had come to rethink the record-keeping policies of the organization, which has come under fire for its handling of child sex abuse complaints.

Shawn Bartlett, the Witnesses' record management overseer, explained that handwritten notes and drafts of internal documents needed to be destroyed because of the potential legal harm they posed to the organization.  "Well, we know that the scene of this world is changing, and we know Satan's coming after us, and he's going to go for us legally. We can see by the way things are shaping up. So the organization has said, 'We've run into difficulties in the past because of the records we have.'"

This *JW Apostate* leaked video was the subject of a front-page news article in the *Philadelphia Inquirer* newspaper in July 2018.  See https://www.inquirer.com/philly/news/jehovahs-witnesses-child-sexual-abuse-records-destroy-satan-video-20180709.html

The footage is no longer available on YouTube.  A message on the website notes that the material was removed at the request of the Watch Tower.  Thus, the

Court can see right here firsthand evidence of the Watch Tower's bad faith use of the

DMCA process.[4]


## C. THE INFRINGING MATERIALS WAS REMOVED PRIOR TO THE NOTIFICATION BEING SERVED

The YouTube channel belonging to *JW Apostate* had about 45 videos posted all

together.  But, as stated by the Watch Tower, "The instant subpoena encompasses five

videos posted by Movant."  See Watch Tower's Memorandum of Law, Doc # 19 at

bottom of pg 3.  The allegedly fringing videos are:

1. Choose Your Apps Wisely

2. Whose Leadership Can You Trust?

3. How Can You Support LDC?

4. Congregation Accounting Training Video #1

5. Congregation Accounting Training Video #2

Unfortunately for the Watch Tower pedophile group, apparently due to their

incessant peppering of YouTube with DMCA takedown notices for all of *JW*

*Apostate's* other channels and other videos – all of *JW Apostate's* other videos **but not**

**these five** – the entirety of *JW Apostate's* 'collection' was removed even before Watch

---

[4]        Because the Internet never forgets, that leaked video is available elsewhere on another
YouTube channel:  https://www.youtube.com/watch?v=jBPZL2SiNj4&feature=youtu.be

Tower's takedown notices for *Choose Your Apps Wisely*, *Whose Leadership Can You Trust?*, *How Can You Support LDC?*, *Congregation Accounting Training Video #1*, and *Congregation Accounting Training Video #2* could be served on YouTube!

Does that make sense?  We got some 42 or so videos all told put up on just this one YouTube channel.  Some of the videos are subject to DMCA takedown notices, while many were not, and all done at different times.  However, due to the YouTube company itself having a very low tolerance when it comes to DMCA takedowns period, even if only a few of a channel owner's "videos" get notices, YouTube will remove ALL of your videos, shut your entire channel down, and hit you with the Ban Hammer.

This is important for the Court to understand and keep in mind because what *Jane / John Doe* is stating here in this reply is that, because the allegedly infringing material (these five named videos) were already removed before the notifications were served, **this subsequently-issued DMCA subpoena is unenforceable**.  This factual circumstance is identical to that found in *Maximized Living, Inc. v. Google, Inc.*, 2011 U.S. Dist. LEXIS 147486 (N.D. Cal. Dec. 22, 2011), in which the court held that, where the allegedly infringing material was removed before the notification was served, the subsequently-issued subpoena was unenforceable.

As an example of heavy-handed DMCA takedown policies and just exactly how much YouTube sucks, in a complaint filed at a federal court in California last summer,

*DJ Short-E*, real name Erik Mishiyev, is a YouTuber who demanded $720,000 in compensation for lost income, among other things.  In addition, he wanted to prevent YouTube from ever banning him again.  See *Mishiyev v. Alphabet Inc / Google*; Case 3:19-cv-05422-WHA; filed in the Northern District of California.

At the center of the lawsuit is a breach of contract claim.  Mishiyev argued that YouTube failed to live up to its duties as it failed to process his DMCA counter-notices, a point contested by the video giant.  See Doc # 1 – Complaint at ¶28.

In a response filed two months ago, YouTube noted that its Terms of Service allows the company to remove any content "without prior notice" and "in its sole discretion."  This agreement allows the company not to restore a video following a copyright claim, even when it is challenged.  See Doc # 33 at pg 15.

"YouTube has no obligation to ever restore that material to its service, even when a user protests, and the agreement expressly highlights its discretion not to do so," YouTube informed the court.

In other words, YouTube doesn't have to restore content after it receives a counter-notice.  It can simply ignore it, based on the agreed terms of service.

This is also the conclusion reached by the court in California.  In an order released last month, US District Court Judge William Alsup notes that users are given the opportunity to submit counter-notifications but Google is not required to act on them.

"[O]nce a user submitted a counter-notice, the agreement reserved to YouTube's sole discretion the decision to take any further action, including whether to restore the videos or even to send the counternotice to the purported copyright owner," Judge Alsup wrote.  See Doc # 38 at pg 6.

"Thus, YouTube did not agree to act as a neutral processor of notices and counter-notices.  YouTube retained control to evaluate counter-notices and infringement on its own."

YouTube literally has a "***We are huge pieces of shit***" clause.  That's the clause they leaned on.  "Yes, we are fucking pieces of unethical shit, because the contract says we don't actually have to do our fucking jobs right.  Sorry commoners."

And this is the reason why, by the time Watch Tower had issued its DMCA notices for the five allegedly infringing videos in the case at hand, the five videos had already been removed by Google/YouTube because Google is a huge piece of shit who doesn't have to do their fucking jobs right.  Too bad, so sad (not so sad) for the customer.

And because the law is, "Where the allegedly infringing material was removed before the notification was served, the subsequently-issued subpoena was unenforceable" this means that the DMCA subpoena at issue here is unenforceable.  So "Hooray for the pieces of shit at Google for being so quick on the trigger and heavy

handed with their ban hammer!"  But I guess that means that this subpoena must be quashed.

## D. CONCLUSION

In the Court's memo endorsement in Doc #12, the Court invited Movant to make a reply that included an affidavit or declaration.  But being anonymous, I have absolutely no clue as to how such a thing could be done and still preserve my anonymity.  I know that if I were opposing counsel, I would object like hell to something like this.  But irrespective, I deny the claims made by Polidoro in which he basically says I ripped off their videos and did nothing transformative.

Regardless as to what the Court rules in this specific case, this DMCA subpoena litigation will not go away.  Not anymore, never again.  Now that I am paying better attention and know what to do, I will be filing DMCA objections each and every time the Watch Tower pedophiles file a request for a subpoena, in any court and in any jurisdiction across this country.

This Court's authority and subpoena powers should only be used for legitimate copyright litigation purposes and not for religious persecution and witch-hunts!

Respectfully submitted,

Dated: May 1, 2020                                         _____/s/_____
                                                          Jane / John Doe
                                                          *Pro se*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on May 1, 2020, a copy of this document was filed electronically with the US District Court Clerk's office via their pro se e-filing system, which will automatically serve a Notice of Electronic Filing on the Watch Tower organization.

I certify that Watch Tower attorney Paul Polidoro is a registered CM/ECF user and that service will be accomplished by the CM/ECF system.

_____/s/_____
Jane / John Doe
Pro se


Cc

Google Legal Investigations Support
1600 Amphitheatre Parkway
Mountain View, CA 94043
via email:  Copyright@YouTube.com
and usernotice@google.com


Paul D. Polidoro
Associate General Counsel
Legal Department
200 Watch Tower Drive
Patterson, NY 12563-9204
Email: inboxLGLipg@jw.org